April 14, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF MELBA JO MONTGOMERY
AND LEO BRIAN MONTGOMERY

NO. 14-15-00203-CV

_____

This cause, an appeal from the Final Summary Judgment, signed November 12, 2014, which was made final and appealable by the Order Granting Nonsuit, also signed November 12, 2014, was heard on the transcript of the record. We have inspected the record and find that the Final Summary Judgment is erroneous and voidable.  We therefore **MODIFY** the judgment of the court below by vacating the Final Summary Judgment and by dismissing the claims against Stewart Title Company, Darren Montgomery, and Valarie Galvan without prejudice.

We order the Order Granting Nonsuit **AFFIRMED** except as modified in this judgment.

We order appellees, Stewart Title Company, Darren Montgomery, and Valarie Galvan, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.